AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: <br> 7-25-19　1:45 pm | Copy of warrant and inventory left with: <br> Vehicle |
| Inventory made in the presence of : SA James Duffy | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> Nothing taken from Vehicle <br><br> Nothing Follows | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-25-19

*Executing officer's signature*

SA Rod Rape (DEA)
*Printed name and title*